FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2004 MAY -1 PM 4:00

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CASE NO. CR505-011 |
| v. | ) | |
| | ) | |
| ANTHONY BOOTH BATEMAN | ) | |

## O R D E R

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Defendant filed Objections. In his Objections, Defendant asserts that the Magistrate Judge incorrectly concluded that the area of Defendant's property, where marijuana leaves were located, did not qualify as curtilage. Defendant contends that law enforcement officials required a warrant to conduct each of the two searches. In support of his position, Defendant provides numerous factual contentions which he believes the Magistrate Judge failed to consider when making his determinations. However, a review of the transcript and the materials provided to the Court indicate that the Magistrate Judge appropriately made factual determinations based on the credible testimony and exhibits provided at the evidentiary hearing. Accordingly, the Magistrate Judge accurately determined that the Defendant's Motion to Suppress Evidence should be denied.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant's Motion to Suppress Evidence (Doc. No. 20) is **DENIED**.

**SO ORDERED**, this 1st day of _____MAY_____, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA